**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **CHRISTIAN GOFF,** : | |
| Plaintiff : | Civil Action No. 4:21-cv-00095 |
| : | |
| v. : | |
| : | |
| **EQUIFAX INFORMATION** : | |
| **SERVICES, LLC** : | |
| : | |
| **Defendant** : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

NOW COMES PLAINTIFF, to file this Notice, and in support would show as follows:

1. Plaintiff and **Equifax Information Services, LLC,** have settled all claims between them and Plaintiff at this time. The parties anticipate it will take sixty days to complete the documentation necessary to close these matters and file a Stipulation of Dismissal as to Defendant **Equifax Information Services, LLC**.

2. Plaintiff will file a Stipulation of Dismissal as to **Equifax Information Services, LLC,** when closing documents are exchanged and executed.

Dated: October 27, 2021

    Respectfully submitted,

               /s/Jonathan Raburn

Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
McCarty & Raburn, A Consumer Law Firm, PLLC
2931 Ridge Rd, Suite 101 #504
Rockwall, TX 75032
jonathan@geauxlaw.com
Telephone: 225-412-2777

**CERTIFICATE OF SERVICE**

I hereby certify that on the October 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

Date Signed: October 27, 2021

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF