**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **CHRISTIAN GOFF,** | : |
| Plaintiff | : Civil Action No. 4:21-cv-00095 |
| v. | : |
| **EQUIFAX INFORMATION SERVICES, LLC** | : |
| Defendant | : |

**ORDER**

In accordance with Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, all claims against Equifax Information Services, LLC, are hereby DISMISSED WITH PREJUDICE as to their refiling. All costs, attorney fees, and expenses shall be borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 29th day of December, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE